```
 1  KEKER & VAN NEST, LLP
    BRIAN L. FERRALL - #160847
 2  KHARI J. TILLERY - #215669
    710 Sansome Street
 3  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 4  Facsimile:  (415) 397-7188

 5  Attorneys for Defendant
    LSI LOGIC CORPORATION
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12  MATRIX SEMICONDUCTOR,              Case No. 4:05-CV-00920 SBA

13                      Plaintiff,     STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE HEARING
14        v.                           DATE AND MODIFY BRIEFING
                                       SCHEDULE FOR PLAINTIFF'S
15  LSI LOGIC CORPORATION,             MOTION FOR PRELIMINARY
                                       INJUNCTION
16                      Defendant.
```

350997.02

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 4:05-CV-00920 SBA

## RECITAL

On April 11, 2005, plaintiff Matrix Semiconductor, Inc. filed a Motion for Preliminary Injunction, which is currently scheduled to be heard on May 17, 2005. Under the local rules, defendant LSI Logic Corporation's opposition brief would be due April 26, 2005. Lead counsel for LSI, Brian Ferrall, is currently out-of-state on a prearranged vacation and will not return to the office until April 25, 2005. In addition, several LSI employees with knowledge of the factual circumstances underlying this case are out of the office the week of April 18. For these reasons, LSI cannot complete its factual inquiry and file its opposition by April 26, 2005.

In addition, counsel for Matrix, Liza Toth, will be attending an advanced mediation workshop in Switzerland from June 24-July 3, 2005.

## STIPULATION

For the forgoing reason, Matrix and LSI stipulate to the following modification to the briefing schedule and hearing date:

- Opposition Brief Due: May 6, 2005
- Reply Brief Due: May 24, 2005
- Hearing Date: June 7, 2005

Further, the parties agree that any deadlines arising during the period of June 24-July 3, 2005 will be extended to July 10, 2005.

Dated: 4/22, 2005

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Khari Tillery
KHARI J. TILLERY
Attorneys for Defendant
LSI LOGIC, CORPORATION

Dated: 4/22, 2005

By: /s/ Liza K. Toth
LIZA K. TOTH
Attorney for Plaintiff
MATRIX SEMICONDUCTOR

## ORDER

Good cause showing, it is hereby ordered that the briefing schedule and hearing date for Matrix's Motion for Preliminary Injunction be modified pursuant to the terms of the forgoing stipulation. Further, any deadlines arising during the period of June 24-July 3, 2005 will be extended to July 10 2005.

The hearing will take place on June 7, 2005 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: April 25, 2005

/s/ Saundra Brown Armstrong
T̶H̶E̶ SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 4:05-CV-00920 SBA

350997.02