1  Liza K. Toth
   State Bar No. 122947
2
   408 969 4823 Office
3  650 400 9920 Cell
   liza@matrixsemi.com
4
   Matrix Semiconductor, Inc.
5  3230 Scott Boulevard
   Santa Clara, CA 95054
6
   Attorneys for Plaintiff
7  MATRIX SEMICONDUCTOR, INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                              **OAKLAND DIVISION**

12

13 | Matrix Semiconductor, Inc., | Case No.: C05 00920 SBA |
14 | Plaintiff, | STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 7-11 |
15 | vs. | |
16 | LSI Logic Corporation, | |
17 | Defendant | Courtroom: 3, Third Floor  Judge: Hon. Saundra B. Armstrong |

18

19

20

21

22

23

24

25 PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE
   AND CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 7-11
                          C05 00920 SBA - 1

1
2
3   Matrix Semiconductor, Inc. and LSI Logic Corporation (collectively, "the parties")
4   hereby stipulate to postpone the Case Management Conference, which is currently scheduled for
5   Wednesday July 13, 2005 at 3:00 pm, via telephone, to <u>Wednesday, September 7, 2005 at</u>
6   <u>3:30 p.m., via telephone.</u>
7   (whatever time thereafter is convenient for the court), and the dates associated therewith.
8   The parties have a confluence of trial and unchangeable vacation schedules that have
9   caused them to agree on the instant stipulation.  Specifically, Matrix's counsel Liza Toth has a
10  long-scheduled, non-refundable, non-changeable vacation that starts on July 13 and goes through
11  July 22.  LSI's lead counsel Brian Ferrall has a trial before Judge Patel that starts and July 26 and
12  goes through August 8, which is followed by a vacation that goes through mid-August.
13  However, LSI's co-counsel Khari Tillery will be able handling the case management obligations
14  in early August.
15  The parties stipulate to set the associated case management dates accordingly, as follows:
16  8/9/2005 Last day to meet and confer re initial disclosures, early settlement, ADR process
17           selection, and discovery plan
18  8/9/2005 Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of
19           Need for ADR Phone Conference
20  8/23/2005 Last day to compete initial disclosures or state objection in Rule 26(f) report,
21           file/serve Case Management Statement, and file/serve Rule 26(f) Report.
22
23
24
25  PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE
    AND CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 7-11
    C05 00920 SBA - 2

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559, on the date and at the time indicated above by this Order.

Dated: 4/22/05    Liza K. Toth
State Bar No. 122947

/s/ Liza K. Toth
Counsel for Plaintiff
Matrix Semiconductor, Inc.

Dated: 4/22/05    Khari J. Tillery
State Bar No. 215669

KEKER & VAN NEST, LLP

/s/ Khari J. Tillery

Counsel for Defendant
LSI Logic Corporation

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Liza K. Toth hereby attests that concurrence in the filing of the document has been obtained.*

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: 5-3-05      /s/ Saundra Brown Armstrong
Saundra Brown Armstrong,
United States District Judge

PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE
AND CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 7-11
C05 00920 SBA - 3