Case 4:05-cv-00920-SBA   Document 62   Filed 09/02/05   Page 1 of 3

```
 1  KEKER & VAN NEST, LLP
    BRIAN L. FERRALL - #160847
 2  KHARI J. TILLERY - #215669
    710 Sansome Street
 3  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 4  Facsimile:  (415) 397-7188
    Email:         bferrall@kvn.com; ktillery@kvn.com
 5  Attorneys for Defendant
    LSI LOGIC CORPORATION
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11
12  MATRIX SEMICONDUCTOR,           Case No. 4:05-CV-00920 SBA
13                    Plaintiff,    E-FILING
14      v.                          STIPULATED ORDER
                                    RESETTING CASE MANAGEMENT
15  LSI LOGIC CORPORATION,          CONFERENCE AND CASE SCHEDULE
                                    PURSUANT TO CIVIL LOCAL RULE 7-
16                    Defendant.    11
17                                  Courtroom:  3, Third Floor
18                                  Judge:      Hon. Saundra B. Armstrong
```

357194.01

[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

1    Matrix Semiconductor, Inc. and LSI Logic Corporations (collectively, "the parties")
2 hereby stipulate to postpone the Case Management Conference, which is current scheduled for
3 September 7, 2005 and 3:00 p.m., via telephone, to **December 7, 2005 at 3:00 p.m.**, via
4 telephone, ~~or to~~ _____ at _____ p.m. (whatever time thereafter
5 is convent for the court), and certain dates associated therewith.
6    The parties have agreed to mediate the case and are currently in the process selecting an
7 appropriate forum.  The parties believe that through mediation this matter can be successfully
8 resolved without further Court proceedings.  For this reason, the parties do not believe it would
9 be productive to engage in discovery or conduct a case management conference at this time.  On
10 August 9, 2005, the parties submitted a Notice of Need for ADR Phone Conference.
11    The parties stipulate to set certain associated case management dates accordingly as
12 follows:

| | |
|---|---|
| November 9, 2005 | Last Day to meet and confer re: initial disclosures and discovery plan. |
| November 23, 2005 | Last day to complete initial disclosures or state objections in Rule 26(f) Report, file/serve Case Management Statement, file/serve Rule 26(f) Report. |

18    Plaintiff's counsel is to set up the conference call with all the parties on the line and call
19 chambers at (510) 637-3559, on the date and at the time indicated above by this Order.

                                             Respectfully submitted,

Dated:  August 22, 2005

                                     By:  /s/ Khari Tillery_____
                                          KHARI J. TILLERY
                                          Attorneys for Defendant
                                          LSI LOGIC, CORPORATION

1
[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

357194.01

1

2

3  Date: August 22, 2005                          By:  /s/ Liza Toth_____
                                                      LIZA K. TOTH
4                                                     Attorney for Plaintiff
                                                      MATRIX SEMICONDUCTOR
5

6  **THE FORGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

7

8  Dated:  September 2  , 2005                    _____
9                                                  Saundra Brown Armstrong
                                                   United Stated District Judge
10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

357194.01