KEKER & VAN NEST, LLP
BRIAN L. FERRALL - #160847
KHARI J. TILLERY - #215669
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: bferrall@kvn.com; ktillery@kvn.com
Attorneys for Defendant
LSI LOGIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATRIX SEMICONDUCTOR,<br><br>                            Plaintiff,<br><br>        v.<br><br>LSI LOGIC CORPORATION,<br><br>                            Defendant. | Case No. 4:05-CV-00920 SBA<br><br>**E-FILING**<br><br>**STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Courtroom:    3, Third Floor<br>Judge:          Hon. Saundra B. Armstrong |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

362082.01

1    Matrix Semiconductor, Inc. and LSI Logic Corporation (collectively, "the parties")

2  hereby stipulate to postpone the Case Management Conference, which is currently scheduled for

3  December 7, 2005 at 3:00 p.m., via telephone, to **April 5, 2006 at 3:00 p.m.**, via telephone, or to

4  _____at _____ p.m. (or whatever time thereafter is convenient

5  for the court), and certain dates associated therewith.

6    Matrix Semiconductor is in the process of being acquired by SanDisk Corporation.  As

7  part of the acquisition –which is expected to be completed in early 2006 – SanDisk will take

8  ownership of the marks at issue in this litigation ("Matrix" and "Matrix Memory").  Thus, there

9  is some uncertainly regarding the future use of the marks and how SanDisk plans to proceed with

10  the litigation.  For these reasons, and in order to allow the acquisition to be completed in a timely

11  and efficient manner, the parties do not believe that it would be productive to engage in

12  discovery or conduct a case management conference at this time.

13    The parties stipulate to set certain associated case management dates accordingly as

14  follows:

| March 8, 2006 | Last Day to meet and confer re: initial disclosures and discovery plan. |
|---|---|
| March 22, 2006 | Last day to complete initial disclosures or state objections in Rule 26(f) Report; file/serve Case Management Statement; file/serve Rule 26(f) Report. |

20    Plaintiff's counsel is to set up the conference call with all the parties on the line and call

21  chambers at (510) 637-3559, on the date and at the time indicated above by this Order.

Respectfully submitted,

Dated:  November 11, 2005

By:   /s/ Khari Tillery_____
        KHARI J. TILLERY
        Attorneys for Defendant
        LSI LOGIC, CORPORATION

1

[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

362082.01

1

2  Date:  November 11, 2005

By:  /s/ Liza Toth
LIZA K. TOTH
Attorney for Plaintiff
MATRIX SEMICONDUCTOR

3

4

5

6  **THE FORGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

7

8  Dated:  November 14, 2005

Saundra Brown Armstrong
United Stated District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] STIPULATED ORDER RESETTING CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. 4:05-CV-00920 SBA

362082.01