KEKER & VAN NEST, LLP
BRIAN L. FERRALL - #160847
KHARI J. TILLERY - #215669
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: bferrall@kvn.com; ktillery@kvn.com
Attorneys for Defendant
LSI LOGIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATRIX SEMICONDUCTOR,<br><br>                            Plaintiff,<br><br>   v.<br><br>LSI LOGIC CORPORATION,<br><br>                            Defendant. | Case No. 4:05-CV-00920 SBA<br><br>**E-FILING**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:      Hon. Saundra B. Armstrong |

Plaintiff Matrix Semiconductor and Defendant LSI Logic Corporation stipulate to a dismissal of the above-entitled action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated: January 12, 2006

By: /s/ Khari J. Tillery
KHARI J. TILLERY
Attorneys for Defendant
LSI LOGIC, CORPORATION

Date: January 12, 2006

By: /s/ Liza Toth
LIZA K. TOTH
Attorney for Plaintiff
MATRIX SEMICONDUCTOR

**THE FORGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated: January 17, 2006

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

365278.01

1
STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 4:05-CV-00920 SBA